# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

August 13, 2014

**Via ECF**
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Stoltz et al. v. FAGE Dairy Processing, S.A., FAGE USA Dairy
          Industry, Inc., and FAGE USA Holdings, Inc.
          Case No. 14-CV-3826 (MKB)

Dear Judge Brodie,

    After having reviewed Defendants' letter of August 11, 2014, Plaintiffs intend to amend the Complaint pursuant to Fed.R.Civ.P. 15 (a)(1)(B).  Defendants consent to a one time amendment of the Complaint.

    The parties have agreed to allow Plaintiffs until September 15, 2014 to amend their pleadings and respectfully request the Court to so Order such request for an amendment.  This is Plaintiff's first request for an amendment.

Respectfully submitted,

*/s/ C.K. Lee*

cc:    all parties via ECF