# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

November 3, 2014

**Via ECF**
Hon. Margo K. Brodie, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 6F
Brooklyn, NY 11201

   Re: *Stoltz et al. v. FAGE Dairy Processing Industry, S.A., FAGE USA Dairy Industry, Inc., and FAGE USA Holdings, Inc.*, Case No. 14-cv-3826 (MKB)

Dear Judge Brodie:

  We are counsel to Plaintiffs. Pursuant to Your Honor's instruction, we write to inform the Court that Plaintiffs continue to seek to pursue their negligent misrepresentation and unjust enrichment claims against Defendants.

         Respectfully submitted,

         */s/ C.K. Lee*
         C.K. Lee, Esq.

Cc: all parties via ECF